# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 07-1386-CAS (JCR) | Date | April 10, 2008 |
|---|---|---|---|
| Title | LOUIS RAMON MONTES v. T. OCHOA, Warden | | |

| Present: The Honorable | JOHN C. RAYBURN, JR., U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Debra Taylor | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS)** ORDER TO SHOW CAUSE; ORDER ADDRESSING PETITIONER'S INQUIRY

On January 31, 2008, the Court granted Louis Ramon Montes' ("Petitioner's") request for a stay and abeyance of the First Amended Petition and issued a stay of the First Amended Petition so that any claims not properly raised for review in the California Supreme Court could be exhausted. The Court ordered Petitioner to file a Status Report with the Court by February 29, 2008, advising the Court on the status of the matter in the state court, and then on the last day of the month each month thereafter. In addition, Petitioner was ordered to provide the Court with a file-stamped copy of any final rulings or orders of the state court within thirty days of their issuance, and with any petitions Petitioner filed and subsequently filed in those courts.

The Court is now in receipt of Petitioner's "Motion for Response from Court" ("Motion"), filed on March 31, 2008, wherein Petitioner requests the Court to respond to Petitioner's request for a stay and abeyance of a second amended petition and requests the Court's acknowledgment of Petitioner's change of address information.

The Court has not received any second amended petition, nor has the Court granted Petitioner leave to file one. In addition, to the extent Petitioner intended to reference the First Amended Petition, as previously discussed, the Court has issued a stay of the First Amended Petition. Furthermore, the Court acknowledges receipt of Petitioner's change of address information, filed on February 21, 2008.

However, Petitioner has failed to adhere to the Court's January 31, 2008, Order requiring Petitioner to file periodic Status Reports with the Court. As of the date of the instant Order, the Court has not received any Status Reports on any proceedings being held in the state courts to exhaust Petitioner's unexhausted claims.

Accordingly, on or before **May 12, 2008**, Petitioner is **ORDERED** to either (a) show good cause in writing, if any exists, why the Court should not recommend that this case be dismissed for lack of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 07-1386-CAS (JCR) | Date | April 10, 2008 |
|---|---|---|---|
| Title | LOUIS RAMON MONTES v. T. OCHOA, Warden | | |

diligent prosecution and failure to comply with the Court's January 31, 2008, Order or (b) file a Status Report on the progress of Petitioner's claims in state court and any final rulings, orders, or petitions filed in those courts.

Petitioner is forewarned that, if he fails to respond on or before **May 12, 2008**, the Court will deem such failure as further evidence of a lack of prosecution on Petitioner's part that may result in a recommendation that the action be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Initials of Preparer _____