UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS RAMON MONTES, | ) | No. ED CV 07-1386-CAS (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| T. OCHOA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the order adopting the findings, conclusions and recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 17, 2010

/s/ Christina A. Snyder
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE